UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHRISTOPHER D. TAYLOR, ) | |
| ) | Case No. 2:20-cv-155 |
| *Petitioner*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Cynthia R. Wyrick |
| JARED EFFLER, MARNEY E. GILLIAM, ) | |
| TODD BURNETTE, PHILLIP KAZEE, ) | |
| and JERRY MIFFLIN, ) | |
| ) | |
| *Respondents*. ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, the Clerk is **DIRECTED** to transfer this entire action to the United States District Court for the Northeastern Division of the Middle District of Tennessee and **CLOSE** this Court's file.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ John Medearis
　CLERK OF COURT